IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| ASHLEY KYLES, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) Case No. 11-0616-CG-B |
| VARIETY WHOLESALERS, INC., | ) |
| Defendant. | ) |

## ORDER

The plaintiff having filed a notice of voluntary dismissal (Doc. 6), and there having been no answer or motion for summary judgment filed in this matter, this action is hereby **DISMISSED** without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

**DONE and ORDERED** this 6th day of January, 2012.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE